Phillip H. Stanfield, Bar #011729
David L. Stout, Jr., Bar #024857
Paul G. Davis, Bar #036524
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1745
Fax: (602) 200-7877
pstanfield@jshfirm.com
dstout@jshfirm.com
pdavis@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants, Basin Western, Inc. and Jacob Thomas Koontz

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sherod Bride, Individually, | No. TBD |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| Basin Western, Inc.; a Utah business entity; Jacob Thomas Koontz and Jane Doe Koontz, husband and wife; Rodney Thompson and Bonnie Thompson, husband and wife; Rod Thompson Trucking, LLC, a business entity; John Does and Jane Does 1-10; ABC Corporations 1-10; XYZ Partnerships 1-10, | |
| Defendants. | |

Basin Western, Inc. ("Basin Western") and Jacob Thomas Koontz (collectively, "Removing Defendants"), by and through undersigned counsel, hereby file the following Notice of Removal of this action, currently pending in the Superior Court of the State of Arizona, County of Apache, Case No. S0100CV202200011 to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, Removing Defendants state as follows:

10513436.1

## PROCEDURAL HISTORY

1. The above-captioned case commenced when Plaintiff, Sherod Bride, filed a Complaint in Superior Court in and for Apache County, on January 20, 2022 (the "Complaint"). *See* Complaint, along with complete copy of Superior Court file, attached as Exhibit 1. Plaintiff filed a First Amended Complaint on April 13, 2022 and, among other things, added as defendants Rodney Thompson and Bonnie Thompson, as well as Rod Thompson Trucking, LLC.

2. Removing Defendants waived service of process and acknowledged receipt of the Complaint on April 13, 2022.

3. A responsive pleading on Removing Defendants' behalf has not yet been filed.

## TIMELINESS OF REMOVAL

4. Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within thirty (30) days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

5. This Notice of Removal is filed within thirty (30) days after the Complaint was received by Removing Defendants and, therefore, is timely. *See* 28 U.S.C. § 1446(b)(1).

6. A Notice of Filing Notice of Removal is being filed with the Superior Court in and for Apache County. *See* Notice of Filing Notice of Removal (exclusive of exhibits), attached as Exhibit 2.

## BASIS OF REMOVAL

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship. *See* 28 U.S.C. § 1332(a).

8. Plaintiff claims personal injuries as a result of Defendant's alleged liability. While Plaintiff has not yet claimed or asserted a specific amount of medical

10513436.1

specials, the Complaint alleges expenses for medical treatment and care and lost wages resulting from the collision as damages. Here, the medical care received by Plaintiff in connection with the collision includes being airlifted from the scene by helicopter to Flagstaff Regional Hospital, a several-week stay in the Intensive Care Unit, and rehabilitation therapy with Barrow Neurological Institute. Additionally, Plaintiff's Complaint certifies that this case qualifies as a Tier 3 case pursuant to Rule 26.2(b) Ariz. R. Civ. Pro, meaning the damages are in excess of $300,000. Accordingly, the amount in controversy exceeds $75,000.

9. According to the Complaint, Plaintiff resides in Maricopa County, Arizona, where he presumably intends to remain. He is thus considered a citizen of Arizona.

10. Removing Defendant Basin Western is incorporated in Ballard, Utah, and has a principal place of business in Roosevelt, Utah. It is thus considered a citizen of Utah.

11. Removing Defendant Jacob Thomas Koontz resides in Dolores County, Colorado, where he intends to remain. He is thus considered a citizen of Colorado.

12. Defendant Rodney Thompson resides in Roosevelt, Utah, where he intends to remain. He is thus considered a citizen of Utah.

13. Defendant Bonnie Thompson resides in Roosevelt, Utah, where she intends to remain. She is thus considered a citizen of Utah.

14. Defendant Rod Thompson Trucking is incorporated in Dove Creek, Colorado, and has a principal place of business in Dove Creek, Colorado. It is thus considered a citizen of Colorado.

15. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed based on diversity of citizenship. This is satisfied as both Defendant Basin Western and Defendant Koontz are filing this Notice of Removal. Moreover, Defendants Rodney and Bonnie Thompson, and Rod Thompson Trucking, have advised undersigned

3

counsel that they join in the removal of this matter to the United States District Court for the District of Arizona.

**WHEREFORE**, Removing Defendants request that the above action now pending in the Superior Court in and for Apache County be removed to this Court.

DATED this 28th day of April, 2022.

JONES, SKELTON & HOCHULI, P.L.C.


By s/Paul G. Davis
   David L. Stout, Jr.
   Paul G. Davis
   40 N Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendants, Basin Western, Inc. and Jacob Thomas Koontz

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Thomas J. Howard, Esq.
LERNER & ROWE, P.C.
2701 E. Camelback Road, Suite 140
Phoenix, Arizona 85016
Attorneys for Plaintiff

s/Kadie G. Lewis

4

10513436.1